IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

A&J MANUFACTURING, LLC, a
a Georgia corporation, and
A&J MANUFACTURING, INC., a
Florida corporation,

        Plaintiffs,

vs.

SEARS HOLDINGS CORPORATION,
a Delaware corporation; SEARS BRANDS
MANAGEMENT CORPORATION, a
Delaware corporation; SEARS, ROEBUCK
& COMPANY, a New York corporation;
KMART CORPORATION, a Michigan
corporation; and NINGBO SPRING
COMMUNICATION TECHNOLOGIES
CO., LTD., a corporation of the People's
Republic of China,

        Defendants.

CIVIL ACTION NO.: CV213-119

## ORDER

Defendants have filed a Motion to Stay Proceedings Pursuant to 28 U.S.C. § 1659 pending final resolution of an action pending before the International Trade Commission involving the same patents in this suit and, among others, the same parties. Plaintiffs have filed a response to the Motion stating that the statute is mandatory, rather than discretionary.

Defendants' Motion to Stay Proceedings is **GRANTED** and this case is **stayed** pending final resolution of the action pending before the International Trade Commission. Defendants shall notify this Court within thirty (30) days of the entry of a final resolution of that action.

**SO ORDERED**, this 8th day of November, 2013.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)